FILED

SEP 18 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA, ) CRIMINAL NO. W15-829M
)
Plaintiff, ) **INFORMATION**
) [Count One: 18 U.S.C. §§ 7(3) & 13 and
v. ) T.P.C. § 38.04 – Evading Detention
) Count Two: 18 U.S.C. §§ 7(3) & 13 and
DONALD E. DYER, ) T.P.C. § 38.03 – Resisting Search
) Count Three: 18 U.S.C. §§7(3) & 13 and
Defendant. ) T.H.S.C. § 481.125 – Possession of Drug Paraphernalia]

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 38.04]

On or about September 2, 2015, at the Department of Veterans Affairs Central Texas Healthcare Center, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

DONALD E. DYER

did intentionally flee from a person he knew to be a peace officer attempting to lawfully detain him, in violation of Section 38.04 of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

COUNT TWO
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 38.03]

On or about September 2, 2015, at the Department of Veterans Affairs Central Texas Healthcare Center, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

DONALD E. DYER

did intentionally prevent and obstruct a person he knew to be a peace officer from effecting a search of the actor by using force against the peace officer, in violation of Section 38.03 of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

COUNT THREE
[18 U.S.C. §§ 7(3) & 13 and T.H.S.C. § 481.125]

On or about September 2, 2015, at the Department of Veterans Affairs Central Texas Healthcare Center, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

DONALD E. DYER

did knowingly possess with the intent to use drug paraphernalia to ingest, inhale, or otherwise introduce into the human body a controlled substance in violation of Section 481.125 of the Texas Health and Safety Code and Title 18, United States Code, Sections 7(3) and 13.

RICHARD L. DURBIN, JR.
United States Attorney

By: ______________________
J. PATRICK ROBINSON
Special Assistant U.S. Attorney