FILED
APR 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY

UNITED STATES DISTRICT COURT
Western District of Texas
WACO DIVISION

UNITED STATES OF AMERICA

v.

DONALD E. DYER

Defendant.

Case Number W15-829M
USM Number NOT PROVIDED

# AMENDED JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

Judgment is AMENDED on 4/18/16 to add language regarding the waiver of interest.

The defendant, DONALD E. DYER, was represented by Sam Martinez.

On motion of the United States, the Court has dismissed Count 1.
The defendant pled guilty to Counts 2 and 3 of the Information on 2/12/2016. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 18 USC 13 & Texas Penal Code 38.03 | Resisting Search | September 2, 2015 | 2 |
| 18 USC 13 & THSC 481.125 | Possession of Drug Paraphernalia | September 2, 2015 | 3 |

As pronounced on 4/8/2016, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 18th day of April, 2016.

DENNIS G. GREEN
United States Magistrate Judge

Defendant: DONALD E. DYER
Case Number: W15-829M

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months as to Count 2.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

________________________________________________

________________________________________________

________________________________________________

________________________________________________

Defendant delivered on ________________ to ________________________ at ________________________________, with a certified copy of this Judgment.

________________________
United States Marshal

By ________________________
Deputy Marshal

Defendant: DONALD E. DYER
Case Number: W15-829M

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 800 Franklin Avenue, Room 380, Waco, Texas 76701.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Count 2 | $25.00 | $4,000.00 | $0 |
| Count 3 | $5.00 | $500.00 | |
| TOTAL: | $30.00 | $4,500.00 | |

## Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $30.00. Payment of this sum shall begin immediately.

## Fine

The defendant shall pay a fine of $4,500.00. Payment of this sum shall begin immediately. The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. 3612(f)(3).

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.